# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE C. RUIZ, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, JOSEPH A. BRUSIC, PAUL KELLEY, GEORGE P. TREJO, JR. and JUDGE RICHARD H. BARTHELD, <br><br> Defendants. | No. 1:17-cv-03014-SAB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

Magistrate Judge Rodgers filed a Report and Recommendation on April 17, 2017, recommending Mr. Ruiz's civil rights complaint be dismissed without prejudice. ECF No. 9. He concluded that Plaintiff brought this action against persons and entities who are not "persons" under 42 U.S.C. § 1983, *Will v. Mich. Dep't of State Police,* 491 U.S. 58, 71 (1989); *Miranda v. Clark Cnty. Nev.*, 319 F.3d 465, 468 (9th Cir. 2003) (en banc); and against individuals shielded by judicial and prosecutorial immunity, *Imbler v. Pachtman,* 424 U.S. 409, 430-431 (1976); *Ashelman v. Pope*, 793 F.2d 1072, 1078 (9th Cir. 1986). It further appeared that abstention was appropriate under *Younger v. Harris,* 401 U.S. 37, 53-54 (1971).

Plaintiff did not file a timely objection to the Report and Recommendation.
///

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE -- 1

Accordingly, IT IS HEREBY ORDERED:

1. The Court **ADOPTS** the Report and Recommendation in its entirety, ECF No. 9, and this action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. This dismissal does not constitute a strike under § 1915(g). *Washington v. Los Angeles Cnty. Sheriff's Dep't*, 833 F.3d 1048, 1058 (9th Cir. 2016).

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to **ENTER** this Order, **ENTER** judgment of dismissal, **FORWARD** copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** this 24th day of May, 2017.



_____
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE -- 2