AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSE C. RUIZ,

*Plaintiff*

v.

STATE OF WASHINGTON, JOSEPH A. BRUSIC, PAUL KELLEY, GEORGE P. TREJO, JR. and JUDGE RICHARD H. BARTHELD,

*Defendant*

Civil Action No. 1:17-CV-3014-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court ADOPTS the Report and Recommendation in its entirety, ECF No. 9, and this action is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Report and Recommendation (ECF No. 9).

Date: May 24, 2017

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy